IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MILES BROOK'S-WASHINGTON,

    Plaintiff,

v.

LAUREL HARRY, et al.,

    Defendants.

NO. 3:15-CV-1426

(JUDGE CAPUTO)

## ORDER

**NOW**, this 23rd day of September, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 5) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED in its entirety**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

(3) Plaintiff has **forty-five (45) days** from the date of entry of this Order to file an amended complaint consistent with the Report and Recommendation. If Plaintiff fails to do so, the action will be dismissed with prejudice and the case will be closed.

(4) Plaintiff's Motion for Appointment of Counsel (Doc. 8) is **DENIED without prejudice**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge