IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILES BROOK'S-WASHINGTON, | |
| Plaintiff, | NO. 3:15-CV-1426 |
| v. | (JUDGE CAPUTO) |
| LAUREL HARRY, et al., | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 9th day of November, 2015, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED in its entirety**.

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge